IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BRANDON SCOTT BLASDELL, <br> TDCJ #1639101, <br> <br> Petitioner, <br> <br> v. <br> <br> LORIE DAVIS, Director, <br> Texas Department of Criminal Justice - <br> Correctional Institutions Division, <br> <br> Respondent. | § § § § § § § § § § § § § | CIVIL ACTION NO. H-17-0570 |

## FINAL JUDGMENT

For the reasons set forth in the Court's Memorandum and Order of even date, this case is **DISMISSED** with prejudice.

This is a **FINAL JUDGMENT**.

The Clerk shall provide a copy of this order to the parties.

SIGNED at Houston, Texas, on October 17, 2017.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE